# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**DAVID F. ROBINSON, JR.,**

    Plaintiff,

vs.                           CASE NO. 5:11-cv-140/RS-CJK

**NURSE SCARBOROUGH, et al.,**

    Defendants.

_____/

## ORDER

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Pursuant to Fed. R. Civ. P. 41(a)(1), this case is **DISMISSED without prejudice**.

3. The clerk is directed to close the file.

**ORDERED** on October 4, 2011.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**